UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINA M ROBIN,

                Plaintiff,

-against-

BON SECOURS COMMUNITY HOSPITAL SUBDIDERARY (SIC) OF WMCHEALTH; KIM HIRKALER SR. DIRECTOR HR; 1199 SEIU, UNITED HEALTHCARE WORKERS EAST,

                Defendants.

23-CV-9222 (CS)

ORDER DIRECTING ORIGINAL SIGNATURE

---

CATHY SEIBEL, United States District Judge:

      Plaintiff brings this action *pro se*. Plaintiff submitted the complaint without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

      Plaintiff is directed to resubmit the signature page of the complaint with an original signature to the Court within 30 days of the date of this order. A copy of the signature page is attached to this order.

      Summonses have not yet been issued. If summonses are issued and Plaintiff serves Defendants before submitting her original signature, Defendants do not need to respond to the complaint until 21 days after Plaintiff submits her original signature. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 24, 2023
        White Plains, New York

                                                   CATHY SEIBEL
                                          United States District Judge

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 10/3/2023 | | Robin |
|---|---|---|
| Dated | | Plaintiff's Signature |

| Christina | M | Robin |
|---|---|---|
| First Name | Middle Initial | Last Name |

1036 Delaware Drive PO Box125
Street Address

| Pike, Matamoras | PA | 18336 |
|---|---|---|
| County, City | State | Zip Code |

| 570-618-5726 | mcrobin1@verizon.net |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes   ☒ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7