United States District Court  
Southern District of New York

Client Ref:Wrightv.Mail Media Inc. et al  
23CV7124 ALCjr./SN

---

Christina M Robin  
Plaintiff

Case No:23-CV-9222 (CS)  
Filed on 11/02/2023

Vs.

Bon Secours Community Hospital Subsidiary (SIC) of WMCHealth; et al

Kim Hirkaler, Sr. Director of Human Services @ Bon Secours Community Hospital

1199 SEIU, United Healthcare Workers East  
Defendants

---

### MOTION TO CHANGE PLAINTIFF'S E-MAIL ADDRESS

---

Verizon will no longer manage e-mail accounts. I, Christina M Robin has been forced to change my e-mail address.

From this day forward my e-mail will be:

tompkins.robin.family@gmail.com

I am truly sorry for this inconvenience. Please allow this to be my e-mail of record including but not limited to this court case and my PACER account.

Bon Secours Community Hospital Subsidiary (SIC) of WMCHealth, et al  
&  
Kim Hirkaler, Sr. Director of Human Services @ Bon Secours Community Hospital have been notified through their attorney Dayna Tann through:  dtann@garfunkelwild.com

1199 SEIU, United Healthcare Workers East have been notified through their attorney Alek L. Felstiner through:   afelstiner@levyratner.com

Thank you in advance.

*Christina M. Rob.*  
Christina M Robin

The Clerk of Court is respectfully directed to update Plaintiff' email address on the docket and for purposes of electronic notifications from the Court.

Plaintiff is advised that that Court cannot update Plaintiff's information on PACER. Plaintiff must do that herself and the information on how to do so is available on the PACER website.

SO ORDERED.

*Cathy Seibel*   3/13/24  
CATHY SEIBEL, U.S.D.J.

Christina Robin
PO Box 125
Matamoras PA 18336

First Class Mail

Pro Se Intake Unit
Room 105
Daniel Patrick Moynihan Cou
40 Foley Square
New York, NY 10007