**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHRISTINA M. ROBIN,

                        Plaintiffs,

-against-                               23 **CIVIL** 9222 (CS)

                                        **JUDGMENT**

BON SECOURS COMMUNITY HOSPITAL
SUBSIDIARY OF WMCHEALTH, KIM
HIRKALER, SR., 1199 SEIU UNITED
HEALTHCARE WORKERS EAST, MARY
LEAHY, REGINA STAFFORD, GORDON
EMIGH, and JORDY RABINOWITZ,

                        Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 25, 2025, Defendants' motions to dismiss are GRANTED, and the case is closed.

**Dated:**  New York, New York

       February 26, 2025

                                                   **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                           **BY:**

                                                       **Deputy Clerk**